IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ‖ | |
| Plaintiff, | ‖ | No. CR11-0097 |
| vs. | ‖ | ORDER FOR DETENTION |
| TAMIKO LASHUN KEARNEY, | ‖ | |
| Defendant. | ‖ | |

On the 14th day of April 2015, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing. The Government was represented by Assistant United States Attorney Daniel C. Tvedt. The Defendant appeared personally and was represented by her attorney, Stephen A. Swift. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

### ORDER

IT IS THEREFORE ORDERED that the request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for April 15, 2015 before Chief Judge Linda R. Reade.

DATED this 14th day of April, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA